## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**GUY WHEELOCK**                                                      **PETITIONER**
**Reg #17000-041**

**v.**                          **CASE NO. 2:18-CV-00077 BSM**

**GENE BEASLEY, Warden,**
**Forrest City Low**                                                  **RESPONDENT**

### ORDER

The proposed findings and recommendations submitted by United States Magistrate

Judge Joe J. Volpe [Doc. No. 4] and Guy Wheelock's objections [Doc. No. 5] have been

received.  After *de novo* review of the record, the proposed findings and recommendations

are adopted in their entirety.  Accordingly, Lasley's request for an injunction is denied, and

his petition for writ of *habeas corpus* is dismissed with prejudice.

IT IS SO ORDERED this 24th day of August 2018.

_____
UNITED STATES DISTRICT JUDGE